

# Fourth Court of Appeals
## San Antonio, Texas

November 1, 2021

No. 04-21-00460-CR

Andon Joseph **SAMBRANO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 452nd District Court, Kimble County, Texas
Trial Court No. 2020-DCR-1025
Honorable Robert Rey Hofmann, Judge Presiding

# O R D E R

Sandra Jackson's Notification of Late Reporter's Record is hereby NOTED. Time is extended until December 1, 2021.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of November, 2021.

_____
Michael A. Cruz,
Clerk of Court